**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 25-CR-30050-DWD** |
| | ) | |
| **ERICK ROMAN-ROMAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

Pending before the Court is Defendant Erick Roman-Roman's Motion for Pre-Plea Presentence Report ("PSR") and Combined Plea and Sentencing Hearing. (Doc. 23). Roman-Roman intends to enter a plea of guilty to the charge of illegal reentry after deportation. (*Id.*). He asks the Court to order the U.S. Probation Office to prepare an expedited PSR in time for a requested combined plea and sentencing hearing. (*Id.*). Defense counsel anticipates that Roman-Roman's guideline range after acceptance of responsibility will be 0 to 6 months but notes that Defendant intends to request a sentence of time-served as he will have already been in custody for 4 months. (*Id.*). Defendant argues that a pre-plea PSR and a combined plea and sentencing hearing best ensures that his sentence will be "sufficient, but not greater than necessary." The Defendant has waived his right to be interviewed for the PSR and consents to the preparation of a pre-plea PSR, the submission of that PSR to the Court, and the disclosure of its contents to the

parties before he enters a plea of guilty. (*Id*.). The parties agree to waive the 14-day period for objecting to the PSR, and the Government does not object to the motion. (*Id*.).

Having reviewed the record, the Court **GRANTS** Defendant Roman-Roman's motion and **ORDERS** as follows:

1. The U.S. Probation Office is **DIRECTED** to prepare an expedited PSR within 45 days.

2. The Clerk's Office is **DIRECTED** to provide the U.S. Probation Office for the Southern District of Illinois with a copy of this Order, **ATTN: Craig Knabe**.

3. Defendant's combined plea and sentencing hearing will be scheduled in a separate notice from the Court.

**SO ORDERED.**

Dated: June 13, 2025

s/*David W. Dugan*
DAVID W. DUGAN
United States District Judge